IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JOSÉ C. LLORENS; PHARMACEUTICAL GENERIC DEVELOPERS, INC.<br><br>Plaintiffs<br><br>Vs.<br><br>RAFAEL L. ARRIBAS, JR.<br><br>Defendant | CIVIL ACTION NO. 13-cv-01738- JAG<br><br>DERIVATIVE STOCKHOLDER'S SUIT FOR DAMAGES FOR BREACH OF FIDICIARY DUTIES; STOCKHOLDER'S SUIT FOR DAMAGES FOR BREACH OF FIDUCIARY DUTIES AND STOCKHOLDER'S AGREEMENT<br><br>PLAINTIFFS DEMAND TRIAL BY JURY |

**MOTION FOR DEFAULT JUDGMENT**

**TO THE HONORABLE COURT:**

COMES NOW plaintiff José C. Llorens, through counsel, and most respectfully states and prays:

(1) The default of defendant was entered on December 4, 2013 (Docket #10).

(2) Since then, defendant has failed to appear, or to contest in any way that entry of default.

(3) Pursuant to Rule 55, Fed. R. Civ. P., plaintiff is entitled to a default judgment in this case.

(4) Plaintiff most respectfully suggests that notwithstanding the verified complaint filed in this case, a hearing to determine the amount of damages would be convenient.

Motion for Default Judgment
Civil No. 13-cv-01738-JAG
Page No. -2-

WHEREFORE, it is most respectfully requested that a default judgment be entered in this case against defendant, and that the Honorable Court set a hearing to determine the amount of that judgment.

RESPECTFULLY SUBMITTED.

In San Juan, Puerto Rico, this 18th day of December, 2013.

I HEREBY CERTIFY that on this same date I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the participants appearing in said record.

BONETA & NOGUERAS LLC
P. O. BOX 195444
SAN JUAN, PR 00919-5444
TEL. (787) 751-9393
FAX (866) 280-7989

S/Roberto Boneta
USDC No. 115212
rb@bnlawpr.com